| | |
|---|---|
| 1 | HANSON BRIDGETT LLP |
| | ALEXANDER J. BERLINE, SBN 158098 |
| 2 | aberline@hansonbridgett.com |
| | 425 Market Street, 26th Floor |
| 3 | San Francisco, California 94105 |
| | Telephone:   (415) 777-3200 |
| 4 | Facsimile:    (415) 541-9366 |
| 5 | Attorneys for Defendants |
| | KENNETH DIXON WRIGHT and SURETY |
| 6 | RESOURCE CONNECTION, INC. |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USI INSURANCE SERVICES, LLC, a Delaware limited liability company, | Case No. 4:23-cv-01070-YGR |
| Plaintiff, | ~~DEFENDANTS' STIPULATED REQUEST FOR~~ ORDER CHANGING TIME TO HEAR PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION & EXTENDING TIME TO ANSWER |
| v. | |
| KENNETH DIXON WRIGHT, an individual; SURETY RESOURCE CONNECTION, INC., a California corporation, dba SRC DIGITAL INSURANCE SERVICES, | Judge: Yvonne Gonzalez Rogers<br>Date: May 2, 2023<br>Time: 2:00 P.M. |
| Defendant. | Ctrm: 1, 4th Floor |

Pursuant to United States District Court, Northern District of California Local Rule 6-2, Plaintiff USI Insurance Services, LLC and Defendants Kenneth Dixon Wright, Surety Resource Connection, Inc dba SRC Digital Insurance Services (collectively, "the Parties") jointly stipulate by and through their respective counsel to Defendants' request for an Order Changing Time to hear Plaintiff's Motion for Preliminary Injunction ~~by 7 days~~, from May 2, 2023 to May ~~11~~ 3, 2023.

The Parties further stipulated that Defendants' opposition, currently due April 11, 2023, will be due April 18, 2023;

The Parties further stipulate that Plaintiff's reply, currently due April 18, 2023, will be due April 25;

The Parties also stipulate that Defendants' Answer currently due April 11, 2023, will be due April 18, 2023.

-- Case No. 4:23-cv-01070-YGR
~~DEFENDANTS' STIPULATED REQUEST FOR~~ ORDER CHANGING TIME TO HEAR
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

19491639.1

1  WHEREAS, good cause exists for this extension because it will not prejudice any party
2  nor substantially alter the Court's calendar, and this is Defendants' first request for any such
3  extension of time.
4  NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, through
5  their respective counsel as follows:
6  Defendants' opposition to the motion for preliminary injunction is due April 18, 2023;
7  Plaintiff's reply to the to the motion for preliminary injunction is due April 25, 2023;
8  Defendants' answer to the complaint is due April 18, 2023.
9  IT IS SO STIPULATED.

10 DATED:  March 31, 2023                    HANSON BRIDGETT LLP

                                            By: ___/s/ Alexander J. Berline___
                                            ALEXANDER J. BERLINE
                                            Attorneys for Defendants
                                            KENNETH DIXON WRIGHT
                                            SURETY RESOURCE CONNECTION, INC.

16 DATED:  March 31, 2023                    ALLEN MATKINS LECK GAMBLE
                                            MALLORY & NATSIS LLP

                                            By: ___/s/ Baldwin J. Lee___
                                            BALDWIN J. LEE
                                            ALEXANDER NESTOR
                                            MELISSA K. BELL
                                            Attorneys for Plaintiff
                                            USI INSURANCE SERVICES, LLC

22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

**SIGNATURE ATTESTATION**

In compliance with Local Rule 5-1(h)(3), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  March 31, 2023                    HANSON BRIDGETT LLP

By:  _/s/ Alexander J. Berline_
ALEXANDER J. BERLINE
Attorneys for Defendants
KENNETH DIXON WRIGHT
SURETY RESOURCE CONNECTION, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  April 4, 2023

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE